UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ngoyama Dekattu                          Docket No. 5:24-CR-98-1M

**Petition for Action on Supervised Release**

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ngoyama Dekattu, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Hector Gonzalez, U.S. District Judge, Eastern District of New York, on December 16, 2022, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Ngoyama Dekattu was released from custody on November 1, 2023, at which time the term of supervised release commenced in the Eastern District of North Carolina. On March 22, 2024, Jurisdiction was transferred to the Eastern District of North Carolina.

On February 22, 2024, a Violation Memo was sent to the Eastern District of New York, advising of new criminal conduct of Transport Alcohol in Motor Vehicle with Seal Broken (2024-2580155346) in Spartanburg, South Carolina. It was recommended that he be continued on supervision under the conditions previously imposed and that no further action be taken by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 1, 2024, the defendant left the judicial district and traveled to Spartanburg, South Carolina. While in South Carolina, the defendant was issued a Speeding Ticket for Traveling More Than 25 Miles Over the Posted Speed Limit. When confronted, the defendant acknowledged he should have taken measures to obtain permission before traveling. The defendant did not have permission to travel to South Carolina from this probation officer or from the court. Additionally, on December 8, 2024, the defendant was issued a citation for No Operators License (24CR23360) in Johnston County, North Carolina. To address these issues, we are recommending Dekattu participate in our district's Location Monitoring Program for a period of 60 days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Ngoyama Dekattu
Docket No. 5:24-CR-98-1M
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/ Quanda L. Lunsford<br>Quanda L. Lunsford<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8801<br>Executed On: December 11, 2024 |

### ORDER OF THE COURT

Considered and ordered this 13th day of December, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge