UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ngoyama Dekattu**  Docket No. 5:24-CR-98-1M

**Petition for Action on Supervised Release**

COMES NOW Danele N. Williams, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ngoyama Dekattu, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Hector Gonzalez, U.S. District Judge in the Eastern District of New York, on December 16, 2022, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Ngoyama Dekattu was released from custody on November 1, 2023, at which time the term of supervised release commenced in the Eastern District of North Carolina.

On February 22, 2024, a Violation Memo was sent to the Eastern District of New York, advising of new criminal conduct of Transport Alcohol in Motor Vehicle With Seal Broken (24-2580155346) in Spartanburg, South Carolina. It was recommended that he be continued on supervision under the conditions previously imposed and that no further action be taken by the court.

On March 22, 2024, Jurisdiction was transferred to the Eastern District of North Carolina.

On December 11, 2024, a Petition for Action was submitted advising the court that the defendant left the district without permission and engaged in criminal conduct. As a sanction, the court authorized the defendant to complete 60 days of curfew monitored electronically.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is motivated to be successful during his term of supervised release and is committed to showing the court that he is a prosocial and law-abiding individual. He has agreed to participate in a cognitive behavioral program to enhance critical thinking skills and improve his ability to make positive decisions for his life.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Ngoyama Dekattu
Docket No. 5:24-CR-98-1M
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Melissa K. Lunsmann<br>Melissa K. Lunsmann<br>Supervising U.S. Probation Officer | /s/ Danele N. Williams<br>Danele N. Williams<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8807<br>Executed On: June 27, 2025 |

ORDER OF THE COURT

Considered and ordered this 27th day of June, 2025, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge